**No. 45143.**—Protests 549812–G, etc., of W. X. Huber (Los Angeles).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise consists of cocoa fiber mats similar to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) it was held dutiable at 90 percent under paragraph 1529 (a) as claimed.